# ORAL ARGUMENT SCHEDULED FOR MARCH 17, 2014

### UNITED STATES COURT OF APPEALS
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
| | |
|---|---|
| LINDA SOLOMON ) | |
| ) | |
| Appellant, ) | Appeal No. 12-5123 |
| ) | |
| v. ) | |
| ) | |
| THOMAS J. VILSACK in his official ) | |
| capacity as ) | |
| SECRETARY OF AGRICULTURE, ) | |
| ) | |
| Appellee. ) | C.A. No. 07-01590 JDB |
| _____) | |

**APPELLANT'S CONSENT MOTION TO RESCHEDULE ORAL ARGUMENT**

Appellant Linda Solomon, by and through undersigned counsel, respectfully requests the court reschedule the date for oral argument in this case. Earlier today, the Court scheduled oral argument for March 17, 2014.

The undersigned counsel teaches Civil Trial Practice as an adjunct professor at American University's Washington College of Law during the spring, 2014 semester. The scheduled date for oral argument is in the middle of the undersigned counsel's spring break from teaching. The undersigned counsel promised his wife that he would take her on spring vacation during that period. As a result of teaching commitments of appellant's counsel in the following weeks, this vacation can not be rescheduled.

The undersigned sought consent to this motion from AUSA Brian Hudak, who represents the agency in this appeal. Mr. Hudak graciously consented to this motion and indicated that his schedule does not have any immovable conflicts after March 24, 2014.

**WHEREFORE**, Appellant respectfully requests this Honorable Court reschedule oral argument for any time after March 24, 2014.

Respectfully submitted,

   /S/   John F. Karl, Jr.
John F. Karl, Jr.
McDonald & Karl
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
(202) 293-3200
Counsel for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Appellant's Consent Motion to Reschedule Oral Argument was served on all parties on this 23rd day of January, 2014, by electronic means, to:

Brian P. Hudak, Esquire,
Assistant United States Attorney
United States Attorneys Office
501 Third Street, N.W., Fourth Floor
Washington, D.C. 20530
Counsel for Appellee

Alan R. Kabat, Esquire
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7102
Counsel for *Amicus Curiae*
The Metropolitan Washington Employment Lawyers Association

Les Alderman, Esquire
Alderman, Devorsetz & Hora, PLLC
1025 Connecticut Avenue, N.W., Suite 615
Washington, D.C. 20036
Counsel for *Amicus Curiae*
The Metropolitan Washington Employment Lawyers Association

Denise M. Clark, Esquire
Denise M. Clark, PLLC
1250 Connecticut Avenue, N.W., Suite 200
Washington, D.C.  20036
Counsel for *Amicus Curiae*
The Washington Metropolitan Employment Lawyers Association

                                                /S/    John F. Karl, Jr.
                                                John F. Karl, Jr.